ACCEPTED
01-15-00220-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:00:36 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00220-CR

| | |
|---|---|
| **GARY JAMES COX,**<br>**APPELLANT** | **IN THE COURT OF APPEALS** |
| **V.** | **FIRST      SUPREME      JUDICIAL**<br>**DISTRICT** |
| **THE STATE OF TEXAS,**<br>**APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:00:36 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO
## FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of AGGRAVATED SEXUAL ASSAULT OF A CHILD WITH ENHANCEMENT, and was sentenced on 2/4/2015. The trial case was styled as *State of Texas v. Gary James Cox*, in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 13-CR-0183. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/7/2015.

2. The present due date for filing the State's brief is 9/8/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 11/8/2015.

5. The State requests this extension not for delay but because during the last seventy-five days, the undersigned attorney for the State:

1

- Completed a State's response brief in *Lamar Hunter v. State*, 01-14-00895-CR, on 7/7/2015.

- Completed a State's response brief on Writ of Mandamus in *In Re Antonio Sepeda*, 14-15-00288-CV, on 8/13/2015.

- Attended a CLE on 7/9/2015.

- Attended a TDCAA Legislative update on 8/20/2015.

- Handled 72 expunctions and nondisclosures, and misidentification expunctions.

- Completed 2 post-conviction writ answers on case numbers: 11-CR-0345-83-1 (*Mario Meza*); 98-CR-0358-83-3, 98-CR-0359-83-3, 98-CR-0360-83-3, 98-CR-0361-83-3, 98-CR-0362-83-3 (*Keith St. Aubin*).

6. The State will also file its motion for rehearing and motion for reconsideration en banc in *Vincent Zahorik v. State*, 14-13-00763-CR, due on September 9, 2015.

7. The State must also complete its response brief to *Anthony Bradford v. State*, 14-15-00201-CR & 14-15-00202-CR, due on September 21, 2015.

8. The State must also complete its response brief in *Ralph Garcia v. State*, 01-14-00954-CR due on September 24, 2015.

9. The State must also complete its response brief to *Robert Rollins v. State*, 01-14-00768-CR, due on October 26, 2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until November 8, 2015.

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY

GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 352 words.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Joel Bennett, Attorney for Appellant, at joel@searsandbennett.com or 1100 Nasa Parkway, Suite 302, Houston, TX 77058, on September 8, 2015.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on September 8, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on September 8, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4